FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 FEB -5 PM 3:37
CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:18CR260 |
| DANIEL FLEMING, | ) ) ) | |
| Defendant. | ) | |

# O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. All motions are dismissed.

SO ORDERED, this 4th day of February, 2019.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA