Case 4:18-cr-00260-RSB-CLR   Document 1524   Filed 01/05/24   Page 1 of 1

AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br>Daniel Fleming,<br>AKA "Baby Boy" | )<br>)  Case No:   4:18CR00260-21<br>)<br>)  USM No:   22769-021<br>) |
| Date of Original Judgment:   April 16, 2019<br>Date of Previous Amended Judgment:  N/A<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Arvo Howard Henifin<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   April 16, 2019   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   January 5, 2024

Effective Date: _____
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*